FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 17 2011

JAMES N. HATTEN, Clerk
By **PMW**   Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL INFORMATION |
| v. : | |
| : | NO. 1:11-CR-107 |
| RICHARD BARNES : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 1, 2006, in the Northern District of Georgia, at the Veterans Affairs Regional Office, within the special maritime and territorial jurisdiction of the United States, the defendant, RICHARD BARNES, did obtain property by deceitful means, with the intent to deprive the owner of the property, in violation of the Official Code of Georgia Annotated, Section 16-8-3(a), as assimilated under Tile 18, United States Code, Section 13.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Bernita B Malloy*

BERNITA B. MALLOY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6052
Georgia Bar No. 718905